UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERON FRANKLIN,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:18-cv-00522-MMD-CLB

ORDER ON
NINTH CIRCUIT REMAND

On March 13, 2020, the Ninth Circuit issued an order affirming this Court's screening order in part, reversing it in part, and remanding with instructions for further proceedings. (ECF No. 13 at 2.) Specifically, the Ninth Circuit reversed and remanded for this Court to give Plaintiff leave to file an amended complaint only on the allegations in paragraphs 104 to 106 in Plaintiff's complaint. (*Id.* at 1–2.) The Court now grants Plaintiff leave to file a first amended complaint on the allegations in paragraphs 104 to 106 in Plaintiff's original complaint. The Court also grants Plaintiff's motion for a copy of his original complaint. (ECF No. 14.)

For the foregoing reasons, it is ordered that the Clerk of the Court is directed to vacate the screening order (ECF No. 6) and judgment (ECF No. 8) in this case and reopen this case.

It is further ordered that if Plaintiff chooses to file an amended complaint on the allegations in paragraphs 104 to 106 in Plaintiff's original complaint, as permitted by the Ninth Circuit remand, Plaintiff will file the amended complaint on or before May 15, 2020.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original complaint (ECF Nos. 7, 7-1). If Plaintiff chooses to file an amended complaint, he should

use the approved form and he will write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

It is further ordered that if Plaintiff fails to file a first amended complaint on the allegations in paragraphs 104 to 106 in Plaintiff's original complaint on or before Friday, May 15, 2020, the Court will dismiss this action with prejudice.

It is further ordered that Plaintiff's motion for a copy of his complaint (ECF No. 14) is granted.

DATED THIS 13th day of April 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE