**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TERON FRANKLIN,

     Plaintiff,

v.

STATE OF NEVADA, et al.,

     Defendants.

Case No. 3:18-CV-0522-MMD-CLB

**ORDER SETTING MANDATORY
TELEPHONIC CASE MANAGEMENT
CONFERENCE**

The Court has now screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and ordered the case to proceed. In order to ensure the just, speedy, and cost-effective resolution of this action, the court orders the parties attend a mandatory telephonic case management conference as described more fully below.

Following the mandatory telephonic case management conference, the court will issue a full scheduling order following the scheduling conference, setting out additional dates related to discovery and the litigation. No discovery may proceed until the court enters a full scheduling order following the mandatory telephonic scheduling conference.

**I.     MANDATORY TELEPHONIC CASE MANAGEMENT CONFERENCE**

A mandatory telephonic case management conference will be held on **Monday, April 19, 2021** at **10:00 a.m.**  The Attorney General's Office shall make the necessary

arrangements for the plaintiff's telephonic appearance and shall advise the deputy court clerk of the telephone number at which the plaintiff can be reached for this conference. To join the conference, defense counsel shall dial the toll−free telephone number **877-336-1829**, the access code is **2809752**, and the security code is **18522**. The parties should be available for one hour, although the case management conference will likely take less time. The parties shall be prepared to informally discuss the following issues:

A. A brief statement of the parties' claims and/or defenses;

B. The location of potentially relevant documents;

C. Discovery each party intends to take, if any, in addition to the discovery ordered above;

D. A timeline for the scheduling of discovery;

E. Any options or methods for the streamlining discovery;

F. Whether any party intends to challenge the issue of exhaustion;

G. Whether any party intends to use expert witnesses;

H. Whether each party would consent to magistrate judge jurisdiction; and,

I. Any immediate or ongoing issues or requests for injunctive relief regarding current incarceration that could require the court's immediate attention.

## II.   CASE MANAGEMENT CONFERENCE STATEMENTS

At least one-week in advance of the case management conference, each party shall file a scheduling conference statement. The case management conference statement must address the issues listed above, as well as any other issues that the parties believe would assist in the scheduling of the case. The statement should include

the date that initial disclosures were served and any deficiencies in either party's disclosures. The statement must not exceed five (5) pages in length and no exhibits or attachments should be included.

**III.    SCHEDULING ORDER**

Following the case management conference, the court will issue a Scheduling Order and Discovery Plan with the benefit of the input of the parties. Once issued, the dates in the Scheduling Order and Discovery Plan shall be firm and no extension shall be given without permission from the court based on good cause shown.

DATED:  March 26, 2021.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE