**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| TERON FRANKLIN,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Defendants. | Case No. 3:18-CV-0522-MMD-CLB<br><br>**ORDER DENYING MOTIONS TO DISMISS SUMMARY JUDGMENT AND TO REINFORCE STAY AND GRANTING MOTION TO EXTEND TIME**<br><br>[ECF Nos. 86, 88, 90] |

      Plaintiff Teron Franklin ("Franklin") filed a motion to dismiss Defendants' motion for summary judgment, (ECF No. 86), a motion to reinforce stay, (ECF No. 88), and a motion to extend time to respond to Defendants' motion for summary judgment. (ECF No. 90).

      In February 2022, Franklin appealed the Court's order denying his request for a scheduling conference. (ECF Nos. 58, 67.) Thereafter, Court granted Franklin's motion to stay pending appeal. (ECF No. 73.) The Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 74). On March 9, 2022, Defendants filed a motion for summary judgment. (ECF No. 75.) The deadline to file an opposition is March 30, 2022.

      Franklin now states that he has a motion for reconsideration pending before the Ninth Circuit and requests three things: 1) that Defendants' motion for summary judgment be dismissed because his appeal is still pending; 2) that the stay on appeal ordered in ECF No. 73 remain in place; and 3) that he be granted a sixty-day extension of time to respond to Defendants' motion for summary judgment. (ECF No. 86, 88, 89.) Franklin's motions to dismiss Defendants' motion for summary judgment or stay briefing on Defendants' motion for summary judgment are **DENIED**. (ECF No. 86, 88).

      Franklin's motion for an extension of time to file an opposition to Defendants' motion for summary judgment is **GRANTED**. (ECF No. 90.) Franklin shall have until **May**

**30, 2020** to file an opposition. Due to the generous extension of time granted in this order, there will be no further extensions of time absent extraordinary circumstances.

**DATED**: March 23, 2022  .

_____
**UNITED STATES MAGISTRATE JUDGE**