**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TERON FRANKLIN,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 3:18-cv-00522-CLB

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRE-TRIAL ORDER**

(SECOND REQUEST)

    Pursuant to Fed. R. Civ. P. 6(b) and L.R. IA 6-1 and LR 26-3, Plaintiff Teron Franklin and Defendant Julio Mesa, by and through their undersigned counsel, respectfully stipulate to and request a fourteen (14) day enlargement to file the joint pre-trial order. In support thereof, the parties provide the following:

    1.    The pre-trial order is currently due to the Court on December 29, 2023 [ECF No. 142].

    2.    The parties acknowledge this stipulation is being filed within 21 days of the applicable deadline and thus, requires a showing of good cause. LR 26-3.

    3.    Counsel have been diligently working on the joint pre-trial order, however, due to unforeseen circumstances, including some unforeseen absences due to illness, and the general press of business, the parties require additional time to confer and confirm the contents of the pre-trial order. Accordingly, counsel have conferred about the situation and agreed to seek a modest extension of time to better refine the draft pre-trial order before submission.

    4.    This stipulation is made in good faith and not for purposes of undue delay. This is the parties' second extension request, and no party will be prejudiced by the relief sought.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

123253078.1

5. The parties therefore respectfully request this Court extend the time to file the joint pre-trial order to, and including, **January 12, 2024.**

**IT IS SO STIPULATED.**

Dated this 29th day of December 2023.

Attorney General
State of Nevada, Public Safety Division

By: /s/ Janet E. Traut
Aaron D. Ford, Attorney General
Janet E. Traut, Deputy Atty General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tele: 775-684-1227
E-mail: jtraut@ag.nv.gov

*Attorneys for Defendant Julio Mesa*

Dated this 29th day of December, 2023.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Meng Zhong, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
E-mail: mzhong@lewisroca.com
E-mail: btanenbaum@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**IT IS SO ORDERED.**

_____
U.S. District Court Magistrate Judge

Dated: January 2, 2024