**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERON FRANKLIN, | 3:18-cv-00522-CLB |
| Plaintiff(s), | |
| vs. | **ORDER TO PRODUCE** |
| STATE OF NEVADA, et al., | |
| Defendant(s). | |

A Jury Trial is scheduled to commence in this case on **Tuesday, June 4, 2024**, at **8:30 a.m.**, in Courtroom No. 1 on the 4th Floor of the Bruce R. Thompson U.S. Courthouse at 400 S. Virginia Street, Reno, Nevada 89501 before United States Magistrate Judge Carla Baldwin.

The Office of the Attorney General shall arrange for the physical presence of Plaintiff Teron Franklin, #60567 for the purpose of participating in person for the duration of the jury trial.

**IT IS SO ORDERED.**

DATED: April 29, 2024.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE