UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERON FRANKLIN,<br><br>               Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*,<br><br>              Defendants. | Case No. 3:18-CV-00522-CLB<br><br>**ORDER REGARDING SETTLEMENT** |

      A jury trial in this case commenced on June 4, 2024. (ECF No. 169.) On June 6, 2024, the parties reached a settlement agreement before the jury concluded its deliberations. (ECF No. 173.) The terms of the settlement agreement were stated on the record and the parties were directed to execute the settlement documents. (*Id.*) The Court then directed counsel for Defendant to file a stipulation to dismiss the action with prejudice within seven days of the Nevada Department of Correction's compliance with the terms of the agreement. (*Id.*) To date, no stipulation to dismiss has been filed.

      Accordingly, the Court orders the parties to file a stipulation to dismiss the case with prejudice or a status report related to the settlement agreement on or before **Monday, July 29, 2024**.

      IT IS SO ORDERED.

      **DATED**:   July 22, 2024  .

                                                                   **UNITED STATES MAGISTRATE JUDGE**