UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERON FRANKLIN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-CV-00522-CLB<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE STIPULATION TO DISMISS** |

A jury trial in this case commenced on June 4, 2024. (ECF No. 169.) On June 6, 2024, the parties reached a settlement agreement before the jury concluded its deliberations. (ECF No. 173.) The terms of the settlement agreement were stated on the record and the parties were directed to execute the settlement documents and file a stipulation to dismiss the action with prejudice within seven days of the Nevada Department of Correction's ("NDOC") compliance with the terms of the agreement. (*Id.*) On July 22, 2024, the Court ordered the parties to file a stipulation to dismiss the case with prejudice or a status report related to the settlement agreement on or before July 29, 2024. (ECF No. 177.) On July 30, 2024, the Defendant filed a status report regarding the settlement agreement and NDOC's compliance with the terms of the agreement. (ECF No. 178.) The status report requests until August 30, 2024, to file the stipulation to dismiss or an updated status report. (*Id.*)

Good cause appearing, the Court will grant an extension of time and the stipulation to dismiss is now due on **Friday, August 30, 2024**. However, the Court will **not** grant any further extensions absent **extraordinary circumstances**.

**IT IS SO ORDERED.**

**DATED**: ___July 31, 2024___.

_____
UNITED STATES MAGISTRATE JUDGE