**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| TERON FRANKLIN, | Case No. 3:18-cv-00522-CLB |
| Plaintiff, | **ORDER STRIKING NOTICE** |
| v. | [ECF No. 180] |
| STATE OF NEVADA, *et. al.,* | |
| Defendants. | |

On August 26, 2024, Plaintiff Teron Franklin's ("Franklin") filed a *pro se* "status report." (ECF No. 180.) The Local Rules provide that:

> [u]nless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filing must thereafter be made by the attorney.

LR IA 11-6(a). Because Franklin is represented by counsel, his *pro se* filing will be stricken, as it violates the Local Rules. His counsel is free to file any motions he deems fit.

Accordingly, Franklin's status report, (ECF No. 180), is hereby **STRICKEN**.

**IT IS SO ORDERED.**

**DATED**:  August 26, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**