1  AARON D. FORD
     Attorney General
2  DOUGAS R. RANDS, Bar No. 3572
     Senior Deputy Attorney General
3  JANET E. TRAUT, Bar No. 8695
     Deputy Attorney General
4  State of Nevada
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
6  E-mail:  jtraut@ag.nv.gov

7  *Attorneys for Defendant*
   *Julio Mesa*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERON FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JULIE MESA, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:18-cv-00522-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　By order of the Court, Plaintiff, Teron Franklin, by and through counsel, Meng Zhong and Brittni Tanenbaum, of Lewis Roca Rothgerber Christie LLP and Defendant, Julio Mesa, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, and Janet Traut, Deputy Attorney General,

///
///
///
///
///
///
///
///

Page **1**

126205160.1

hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 24th day of September 2024

DATED this 24th day of September 2024

LEWIS ROCA ROTHGERBER CHRISTIE LLP

AARON D. FORD
Attorney General

By: */s/Meng Zhong*
   MENG ZHONG, Bar No. 12145
   BRITTNI A. TANENBAUM, Bar No. 16013
   *Attorneys for Plaintiff*

By: */s/Douglas R. Rands*
   DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
   *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**US MAGISTRATE JUDGE**

DATED: September 24, 2024