Meng Zhong, Esq.
Nevada Bar No. 12145
Brittni A. Tanenbaum, Esq.
Nevada Bar No. 16013
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Tele:  702-949-8200
Email: mzhong@lewisroca.com
Email: btanenbaum@lewisroca.com

*In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERON FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No.  3:18-cv-00522-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 11-6(b), Meng Zhong ("Mr. Zhong") and Brittni A. Tanenbaum ("Ms. Tanenbaum") of Lewis Roca Rothgerber Christie LLP ("Counsel") hereby move to withdraw as counsel for Plaintiff Teron Franklin ("Mr. Franklin") and request an order from this Court allowing the withdrawal.

Mr. Zhong was appointed as pro bono counsel for Mr. Franklin on January 11, 2023. ECF No. 124. This appointment extended "through the conclusion of trial, but [did] not extend to the appeal, if any, of a final decision, which shall be the responsibility of Plaintiff." *Id.* Ms. Tanenbaum is an associate attorney who assisted Mr. Zhong as pro bono counsel to Mr. Franklin. The Order Regarding Settlement was entered on July 22, 2024, ECF No. 177. And on September 24, 2024, the Court ordered dismissal of the case as the Settlement was complied with. ECF No. 188.

The undersigned counsel discussed the results with Plaintiff and notified Plaintiff of this withdrawal request. A copy of this request and any subsequent order will also be served

on Plaintiff. Undersigned also notified opposing counsel of this withdraw request prior to its filing.

DATED this 25th day of September, 2024.

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By: /s/ *Meng Zhong*
Meng Zhong, Esq., No. 12145
Brittni A. Tanenbaum, Esq., No. 16013
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
E-mail: mzhong@lewisroca.com
E-mail: btanenbaum@lewisroca.com

*Counsel for Plaintiff Teron Frankin, In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program*

**ORDER**

IT IS SO ORDERED.

DATED: September 25, 2024

_____
UNITED STATES MAGISTRATE JUDGE

125001018.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of September, 2024, and pursuant to Fed R. Civ. Pro. 5, I caused to be served a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD**, by electronically filing the foregoing with the CM/ECF electronic filing system, which will send notice of electronic filing to:

>  Douglas R. Rands, Senior Deputy Attorney General
>  Janet E. Traut, Deputy Attorney General
>  State of Nevada
>  100 N. Carson Street
>  Carson City, NV 89701-4717
>  Tele: 775-684-1227
>  E-mail: drands@ag.nv.gov
>  E-mail: jtraut@ag.nv.gov
>  *Attorneys for Defendant Julio Mesa*

A physical mail copy of this document will also be served on:

>  Teron Franklin
>  Inmate #: 60567
>  Lovelock Correctional Center
>  1200 Prison Rd.
>  Lovelock, NV 89419

/s/ Rebecca J. Contla
An employee of Lewis Roca Rothgerber Christie LLP

- 3 -

125001018.1